```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
                         HAMMOND DIVISION


LIONEL D. ROBINSON,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    Case No. 2:04 CV 15
                                 )
                                 )
OFFICER D. HINCH and OFFICER     )
HURST,                           )
                                 )
          Defendants             )
```

## MEMORANDUM and OPINION

This matter is before the court on the Request for Witness Supoenaís [sic], filed by the plaintiff, Lionel Robinson, on February 22, 2005.  On March 7, 2005, counsel for the defendants agreed to produce "any and all witnesses listed by the plaintiff." On March 11, 2005, this court took the plaintiff's request under advisement.  The court further ordered the defendants to clarify which of the witnesses specifically listed by the plaintiff in his February Request would be produced by the defendants by filing a statement with the court by March 28, 2005. The defendants have not done so.

Accordingly, the plaintiff's request for subpoenas is **DENIED AS MOOT**.  The court finds that the defendants have agreed to produce all witnesses requested by the plaintiff on February 22, 2005. As stated in this court's March 11, 2005 Order, any failure by the defendants to produce these witnesses will be addressed by the court at trial.

1

ENTERED this 6^(th) day of July, 2005

                             s/ ANDREW P. RODOVICH
                                United States Magistrate Judge